1  Abran E. Vigil, Esq.
   Nevada Bar No. 7548
2  Justin Shiroff, Esq.
   Nevada Bar No. 12869
3  BALLARD SPAHR LLP
   100 City Parkway, Suite 1750
4  Las Vegas, Nevada  89106
   Telephone: (702) 471-7000
5  Facsimile: (702) 471-7070
   Email: vigila@ballardspahr.com
6  Email: shiroffj@ballardspahr.com

7  *Attorneys for Plaintiff*

8            UNITED STATES DISTRICT COURT
                 DISTRICT OF NEVADA
9

10 WELLS FARGO BANK, N.A. AS TRUSTEE      CASE NO.:  2:16-cv-01788-JCM-NJK
   FOR THE CERTIFICATEHOLDERS OF
11 STRUCTURED ASSET MORTGAGE
   INVESTMENTS II INC., GREENPOINT
12 MORTGAGE FUNDING TRUST 2005-AR4,       STIPULATION AND ORDER
   MORTGAGE PASS-THROUGH                  EXTENDING CERTAIN
13 CERTIFICATES, SERIES 2005-AR4, a national   DEADLINES
   banking association,
14                                        (FIRST REQUEST)
                     Plaintiff,
15
   v.
16
   SFR INVESTMENTS POOL 1, LLC, a
17 Nevada limited liability company;
   SUNRISE VILLAS V HOMEOWNERS
18 ASSOCIATION;  and NEVADA
   ASSOCIATION SERVICES,
19
                     Defendants.
20 ─────────────────────────────────
   SFR INVESTMENTS POOL 1, LLC, a Nevada
21 limited liability company,

22                     Counter/Cross Claimant,
   v.
23
   WELLS FARGO BANK, N.A., AS TRUSTEE
24 FOR THE CERTIFICATEHOLDERS OF
   STRUCTURED ASSET MORTGAGE
25 INVESTMENTS II, INC., GREENPOINT
   MORTGAGE FUNDING TRUST 2005-AR4,
26 MORTGAGE PASS-THROUGH
   CERTIFICATES, SERIES 2005-AR-4, a national
27 banking association; and DEANNA ADLER, an
   individual,
28
                     Counter/Cross Defendants.

BALLARD SPAHR LLP
100 N. CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

DMWEST #14605427 v1

1  Plaintiff/Counterdefendant Wells Fargo Bank, National Association as Trustee for the
2  Certificateholders of Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage
3  Funding Trust 2005-AR4, Mortgage Pass-Through Certificates, Series 2005-AR4 ("Wells
4  Fargo"), by and through its counsel of record, Ballard Spahr LLP, and
5  Defendant/Counterclaimant/Cross-Claimant SFR Investments Pool 1, LLC ("SFR"),
6  by and through its counsel of record, Kim Gilbert Ebron, hereby stipulate and agree
7  as follows:

8  On November 29, 2016, SFR filed its Answer to Complaint, Counterclaim and
9  Cross-Claim (the "Counterclaim"). [ECF No. 17]

10  Wells Fargo's response to SFR's Counterclaim is due by December 23, 2016.

11  On November 30, 2016, SFR filed a Motion to Certify a Question of Law to
12  Nevada's Supreme Court (the "Motion"). [ECF No. 18]

13  Any Opposition by Wells Fargo to the Motion is due by December 19, 2016.

14  To accommodate Wells Fargo's counsel and for the convenience of the parties,
15  the parties stipulate that both the response to SFR's Counterclaim and any
16  Opposition to SFR's Motion shall be filed by Wells Fargo no later than January 6,
17  2017.

18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

BALLARD SPAHR LLP
100 N. CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

DMWEST #14605427 v1

2

1    This is the parties' first request for extension of this deadline, and the parties

2    submit this stipulation in good faith and not for purposes of delay.

3

4    BALLARD SPAHR LLP                          KIM GILBERT EBRON

5

6    By:  /s/ Justin A. Shiroff                 By:  /s/ Diana Ebron
     Abran E. Vigil, Esq.                       Diana Cline Ebron, Esq.
7    Nevada Bar No. 7548                        Nevada Bar No. 10580
     Justin A. Shiroff, Esq.                    Jacqueline A. Gilbert, Esq.
8    Nevada Bar No. 12869                       Nevada Bar No. 10593
     100 N. City Parkway, Suite 1750            Karen L. Hanks, Esq.
9    Las Vegas, NV 89106                        Nevada Bar No. 9578
     (702) 471-7000                             7625 Dean Martin Drive, Suite 110
10                                              Las Vegas, NV 89139
     *Attorneys for Plaintiff/Counterdefendant* (702) 485-3300
11   *Wells Fargo Bank*
                                                *Attorneys for Defendant/*
12                                              *Counterclaimant/Cross-Claimant*
                                                *SFR Investments Pool 1, LLC*

13

14                                      ORDER

15

16          IT IS SO ORDERED:

17                                _____

18                                UNITED STATES DISTRICT JUDGE

19                                Dated: January 3, 2017.

20

21

22

23

24

25

26

27

28