1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10
11

WELLS FARGO BANK, N.A.,                                          )

                               Plaintiff(s),                                )

Case No. 2:16-cv-01788-JCM-NJK

12

vs.                                                                                        )

ORDER

13

SFR INVESTMENTS POOL 1, LLC, et al.,           )

14

                              Defendant(s).                              )

(Docket No. 34)

15
16

     Pending before the Court is a joint motion to stay litigation pending resolution of petition(s) for

17

*writ of certiorari* to the United States Supreme Court  Docket No. 34.  The Court is aware of those

18

proceedings.  The United States District Judge assigned to this case is continuing to process this type

19

of case.  Accordingly, the joint motion to stay litigation is DENIED.

20

     IT IS SO ORDERED.

21

     DATED: March 21, 2017

22

                                                    _____

23

                                            NANCY J. KOPPE
                                          United States Magistrate Judge

24
25
26
27
28