Abran E. Vigil, Esq.
Nevada Bar No. 7548
Justin Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
100 City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
Email: vigila@ballardspahr.com
Email: shiroffj@ballardspahr.com

*Attorneys for Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A. AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., GREENPOINT MORTGAGE FUNDING TRUST 2005-AR4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR4, a national banking association,<br><br>    Plaintiff,<br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SUNRISE VILLAS V HOMEOWNERS ASSOCIATION; and NEVADA ASSOCIATION SERVICES,<br><br>    Defendants. | CASE NO.: 2:16-cv-01788-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT SUNRISE VILLAS V HOMEOWNERS ASSOCIATION** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>    Counter/Cross Claimant,<br>v.<br><br>WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., GREENPOINT MORTGAGE FUNDING TRUST 2005-AR4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR-4, a | |

DMWEST #16172925 v1

1  national banking association; and DEANNA ADLER, an individual,

2      Counter/Cross Defendants.

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Wells Fargo Bank, N.A. as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2005-AR4, Mortgage Pass-Through Certificates, Series 2005-AR4 ("Wells Fargo") and Defendant Sunrise Villas V Homeowners Association (the "HOA") (collectively, the "Parties"), through their counsel of record, stipulate as follows:

1. On July 27, 2016, Chase filed its complaint in this action, naming the HOA as a necessary party.

2. Chase agrees to dismiss the HOA with prejudice.

3. The Parties agree that the HOA, although no longer a party to this case, shall be bound by and will cooperate in the enforcement of any final judgment that this Court enters regarding quieting title and declaratory relief as between the remaining Defendants, Chase, and any other party, relating to their respective interests in property located at 3138 Espanol Dr., Las Vegas, Nevada 89121; APN #162-13-711-038 (the "Property").

4. The HOA further agrees to participate in any third party discovery Chase may propound upon it after the HOA's dismissal in accordance with the Federal Rules of Civil Procedure.

///

///

///

Dated: June 16, 2017.

Respectfully submitted,

| BALLARD SPAHR LLP | BOYACK ORME & ANTHONY |
|---|---|
| By: /s/ Justin A. Shiroff<br>Abran E. Vigil, Esq. (#7548)<br>Justin A. Shiroff, Esq. (#12869)<br>100 N. City Parkway, Suite 1750<br>Las Vegas, NV 89106<br>(702) 471-7000 | By: /s/ Colli C. McKiever<br>Edward D. Boyack, Esq. (#5229)<br>Colli C. McKiever, Esq. (#13724)<br>7432 West Sahara Avenue<br>Las Vegas, NV 89117<br>(702) 562-3415 |
| *Attorneys for Plaintiff Wells Fargo Bank, N.A.* | *Attorney for Defendant Sunrise Villas V Homeowners Association* |

## ORDER

Based on the above stipulation between Chase and Defendant HOA and good cause appearing therefore,

IT IS ORDERED that the HOA only shall be dismissed from this litigation with prejudice.

IT IS FURTHER ORDERED that the HOA shall be bound by and cooperate in the enforcement of any final judgment that this Court enters on the claims for quieting title and declaratory relief as between the remaining Defendants, Chase, and any other party, relating to their respective interests in the Property.

_____
UNITED STATES DISTRICT JUDGE
Dated: June 21, 2017

DMWEST #16172925 v1