Edward D. Boyack
Nevada Bar No. 5229
Colli C. McKeiver
Nevada Bar No. 13724
**BOYACK ORME & ANTHONY**
7432 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89117
ted@boyacklaw.com
colli@boyacklaw.com
702.562.3415
702.562.3570 (fax)
*Attorney for Sunrise Villas V Homeowners Association*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK , N.A. AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSERT MORTGAGE INVESTMENTS II INC., GREENPOINT MORTGAGE FUNDING TRUST 2005-AR4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR4, a National Banking Association,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SUNRISE VILLAS V HOMEOWNERS ASSOCIATION; and NEVADA ASSOCIATION SERVICES,<br><br>Defendants. | CASE NO:  2:16-cv-01788-JCM-NJK<br><br>**MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** |

. . .

. . .

COMES NOW, Defendant, Sunrise Villas V Homeowners Association, by and through its attorneys of record, Boyack Orme & Anthony, and moves this Court to Remove the attorneys and pertinent staff of our law firm, from the CM/ECF Service List of this case, as a Stipulation and Order Dismissing Defendant Sunrise Villas V Homeowners Association [Doc 39], has been e-filed on June 21, 2017.

DATED this 15th day of September, 2017.

**BOYACK ORME & ANTHONY**
BY:  /s/ Edward D. Boyack
Edward D. Boyack
Nevada Bar No. 5229
Colli C. McKeiver
Nevada Bar No. 13724
7432 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89117
*Attorney for Sunrise Villas V Homeowners Association*

IT IS SO ORDERED.
Dated: September 18, 2017

_____
United States Magistrate Judge