Abran E. Vigil, Esq.
Nevada Bar No. 7548
Justin Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
Email: vigila@ballardspahr.com
Email: shiroffj@ballardspahr.com
*Attorneys for Wells Fargo Bank, N.A. as Trustee*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A. AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., GREENPOINT MORTGAGE FUNDING TRUST 2005-AR4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR4, a national banking association, <br><br> Plaintiff, <br><br> v. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SUNRISE VILLAS V HOMEOWNERS ASSOCIATION; and NEVADA ASSOCIATION SERVICES, <br><br> Defendants. | CASE NO.: 2:16-cv-01788-JCM-NJK <br><br><br> **ORDER DISCHARGING AND RELEASING SECURITY COSTS** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br> Counter/Cross Claimant, <br><br> v. <br><br> WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., GREENPOINT MORTGAGE FUNDING TRUST 2005-AR4, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR-4, a national banking association; and DEANNA ADLER, an individual, <br><br> Counter/Cross Defendants. | |

Pursuant to the Judgment entered March 1, 2018 (ECF No. 55), it is hereby ordered that the $500 in security costs posted by Wells Fargo Bank, N.A., on November 16, 2016 (ECF No. 16) shall be discharged and released to the Ballard Spahr LLP Trust Account.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
DATED: October 22, 2018